In the Matter of the Claim of STEPHEN HAMILLA, Respondent, against NELSON GADE, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued April 12, 1938; decided May 17, 1938.

*Newton J. Herrick* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Leon Freedman* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.